ENDURANCE BUILDING AND LOAN ASSOCIATION OF PASSAIC, NEW JERSEY, PLAINTIFF-RESPONDENT, v. HENRY H. RUST, DEFENDANT-APPELLANT.

Submitted October 30, 1936—Decided January 22, 1937.

For the appellant, *Andrew Foulds, Jr.*

For the respondent, *Harry Loeb.*

Per Curiam.

Upon a consideration of the matters raised by the grounds of appeal we find no reversible error.

The judgment under review is, therefore, affirmed, with costs.

*For affirmance*—The Chancellor, Chief Justice, Trenchard, Bodine, Heher, Perskie, Hetfield, Dear, Wells, WolfsKeil, Rafferty, Cole, JJ. 12.

*For reversal*—Parker, Case, JJ. 2.